**Order entered March 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00259-CR

### THOMAS JASON THOMPSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-81178-2011**

## ORDER

The Court **REINSTATES** the appeal.

On March 20, 2013, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant is indigent; (2) appellant's attorney Kimberly Smith previously told the trial court that she would be filing a motion to dismiss the appeal; and (3) Ms. Smith did not appear for the hearing or respond to the trial court's attempts to contact her. We note that Ms. Smith has not filed a motion to dismiss the appeal nor has she communicated with the Court regarding the appeal. Based on these findings, we conclude Kimberly Smith has abandoned the appeal. We cannot conclude that appellant no longer desires to pursue the appeal.

Accordingly, we **ORDER** Kimberly Smith removed as appellant's appointed attorney of record.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal and to transmit a supplemental record containing the order of appointment to this Court within **FIFTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court, and to counsel for all parties.

The appeal is **ABATED** to allow the trial court to comply with the above order. The appeal shall be reinstated fifteen days from the date of this order or when the supplemental record with the order appointing counsel is received, whichever is earlier.

s/     DAVID EVANS
        JUSTICE